OA: 10/12/23

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 23-3420MJ |
| Daniel Hernandez-Galvan | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(o) and 924(a)(2), Possession and/or Transfer of a Machinegun, offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒Yes      ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

Digitally signed by ADDISON SANTOME
Date: 2023.10.12 15:18:40 -07'00'

JOSEPH GALLO  Digitally signed by JOSEPH GALLO
Date: 2023.10.12 15:07:38 -07'00'

Joe Gallo, Special Agent for ATF

Name of Complainant | Signature of Complainant

Sworn to telephonically before me

October 12, 2023                              at      Phoenix, Arizona

Date | City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge                    M Morrissey
Name & Title of Judicial Officer | Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1

On or about April 12, 2023, in the District of Arizona, Defendant DANIEL HERNANDEZ-GALVAN did knowingly possess and transfer one machine gun conversion device, that is, a part commonly known as a "Switch" or "Button," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 2

On or about October 12, 2023, in the District of Arizona, Defendant DANIEL HERNANDEZ-GALVAN did knowingly possess four (4) machine gun conversion devices (1 designed for a Glock and 3 designed for AR-style rifle), that are, a part commonly known as a "Glock Switch" and "AR Drop in Auto Sear," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Joe Gallo, Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Phoenix, Arizona, being duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since August 23, 2021. I am presently a member of the ATF Phoenix Field Division's Group I. As a Special Agent of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal and state laws. I have participated in the use of cooperating informants, undercover agents, video surveillance, GPS tracking devices, search warrants, and audio surveillance, among other law enforcement techniques, during the course of my career with ATF.  Additionally, I have participated in numerous controlled buys of firearms and narcotics from targets of law enforcement investigations.  Based on training and experience, I am familiar with methods used for firearms trafficking and narcotics trafficking.

2.     I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program (CITP) and the ATF National Academy Special Agent Basic Training (SABT). This training was approximately twenty-seven weeks in duration and included training in firearms and ammunition identification, firearms trafficking, report writing, interviewing, alcohol/tobacco diversion investigations, explosives and arson investigations, firearms and tactical training, close quarter countermeasures, field operations, undercover techniques, federal criminal statutes, constitutional law, and federal court procedures.

3.     The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and

information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that DANIEL HERNANDEZ-GALVAN committed Possession and/or Transfer of a Machinegun in violation of Title 18, United States Code (U.S.C.) §§ 922(o) and 924(a)(2).

## **PROBABLE CAUSE**

4.      On Friday April 7, 2023, using an undercover Instagram account, an undercover agent, hereafter referred to as "UC1", posted a story[1] inquiring about "switches" or "buttons". Based on my training and experience, I know the term "switches" and "buttons" to mean machine gun conversion devices (MCD)[2].

5.      In response, user "@steve_320064", later identified as Daniel HERNANDEZ-GALVAN[3], reached out stating "How many you need pa". HERNANDEZ-GALVAN agreed to sell UC1 MCDs.   However, HERNANDEZ-GALVAN advised that he had to contact a friend to get the MCDs.   HERNANDEZ-GALVAN later advised that his friend was not responding, but he would sell his own MCD for $500.

---

1 A "Story" is an outward facing post that is visible to other users on Instagram.
2 According to the Gun Control Act of 1968 (GCA), 18 U.S.C § 921(a)(23) defines the term "machinegun" as the following: "has the meaning given such term in section 5845(b) of the National Firearms Act (26 U.S.C 5845(b))." The National Firearms Act (NFA), 26 U.S.C § 5845(a), defines the term "firearm" to include "… (6) a machinegun:…" Also, the NFA 5845(b) defines "machinegun" as the following: "…any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in possession or under the control of a person." Consistent with the federal laws described above, the Glock automatic switches described in this affidavit are machine guns.
3 Affiant received records from META confirming this account was registered to HERNANDEZ-GALVAN. Additionally, during subsequent in person meetings, Affiant was able to confirm HERNANDEZ-GALVAN's government issued identification matched the person conducting the sales of MCDs.

6.     HERNANDEZ-GALVAN sent pictures of the MCD that he had for sale.   UC1 advised he wanted to buy 3, and to contact him when he could get them.

### April 12, 2023: Controlled Purchase #1

7.     On April 12, 2023, UC1 arranged to purchase one MCD from HERNANDEZ-GALVAN for $500.00.   HERNANDEZ-GALVAN mentioned he could acquire more from a friend but was not able to get them that day. HERNANDEZ-GALVAN and UC1 agreed to meet at a location in Phoenix, Arizona.

8.     At approximately 1:20 p.m., UC1 informed HERNANDEZ-GALVAN that he had the money and was ready to meet at the predesignated location. HERNANDEZ-GALVAN informed he was on the "es", which was understood to mean "east side" of the greater Phoenix area.   HERNANDEZ-GALVAN asked for the address of the deal location.

9.     At approximately 3:35 p.m., HERNANDEZ-GALVAN advised UC1 he was 5 minutes away.   UC1 advised HERNANDEZ-GALVAN he was dealing with a customer and would be ready in 10 minutes.

10.     At approximately 3:46 p.m., UC1 walked outside and advised HERNANDEZ-GALVAN that he was ready.

11.     Two minutes later, a white sedan with two Hispanic males pulled into the parking lot.   UC1 and another undercover agent, acting as UC2, approached the passenger side of the vehicle and engaged with the two males.   The exchange was recorded.

12.     The two males did not want to park the car inside the garage.   Instead, the passenger, HERNANDEZ-GALVAN, asked UC1 to get into his vehicle.   However, UC1 insisted on doing the deal outside.   During the exchange, HERNANDEZ-GALVAN identified himself as "Steve", the person behind the Instagram account.

13.    HERNANDEZ-GALVAN handed the MCD to UC1 in a small plastic bag.    UC1 asked HERNANDEZ-GALVAN how to install it.    The two males told UC1 there are videos on YouTube that show you how to do it.    UC1 asked what the difference between a "1 piece" and "3 piece" MCD are, they advised UC1 that they both work the same way. UC1 asked if they could bring him more switches and HERNANDEZ-GALVAN assured that he could.



14.    The deal concluded and HERNANDEZ-GALVAN and the driver left the parking lot.

15.    Upon leaving the area, HERNANDEZ-GALVAN messaged UC1 via Instagram asking, "how much you need".    UC1 agreed to purchase 10, if HERNANDEZ-GALVAN would reduce the price.    HERNANDEZ-GALVAN followed up, stating "u don't be needing [blue M&M emoji] or [snowflake emoji]".

16.    Based on my training and experience, I know the blue M&M emoji symbolizes blue M30 fentanyl pills and the snowflake emoji symbolizes cocaine.

17.    HERNANDEZ-GALVAN followed up with video and photograph messages and showing how to install the Glock switch.    UC1 advised HERNANDEZ-GALVAN that he wanted to meet up next week.    HERNANDEZ-GALVAN responded "lyk when I have more".

18.    On May 10, 2023, Affiant sent the evidence from the controlled purchase on April 12, 2023, to the ATF Firearms and Ammunition Technology Division (FATD) for an official determination.   The MCD purchased on April 12, 2023, was determined to be a machinegun as defined under the National Firearms Act, a violation of 18 U.S.C. § 922(o) and 924(a)(2).

September 12, 2023: Controlled Purchase #2

19.    On September 8, 2023, UC1 posted an Instagram story stating, "Who got tha buttons lmk". HERNANDEZ-GALVAN responded to the story from the Instagram account "@stevegonzalez137" stating "I got 2 rn".

20.    HERNANDEZ-GALVAN initially offered two MCDs for $550.00 but then later stated he had "one of the ar".

21.    Based on my training and experience, I know that drop in auto sears are MCDs for AR-style firearms.

22.    HERNANDEZ-GALVAN offered and UC1 agreed to pay $900.00 for all three.

23.    On September 12, 2023, UC1 agreed to meet HERNANDEZ-GALVAN near the Food City at the intersection of 67th Ave. and Thomas Rd. in Phoenix, AZ around 1 p.m.

24.    At approximately 1:56 p.m., HERNANDEZ-GALVAN arrived at the meeting location as the passenger in a grey Infiniti G37, hereafter "Infiniti". That vehicle is registered to Gilberto Favela BUSTAMANTE Jr.

25.    UC1 and UC2 were parked in the meeting location in an undercover vehicle (UCV) with recording capabilities.   The Infiniti parked behind UCV.   HERNANDEZ-GALVAN exited the front passenger door and approached UC1 in the UCV on the passenger side.   UC1 told HERNANDEZ-GALVAN to get in the back to talk. HERNANDEZ-GALVAN said he was good outside and did not wish to get in the UCV.

26.    HERNANDEZ-GALVAN pulled out a plastic bag from his pocket containing the MCDs.    UC1 asked HERNANDEZ if he used these ones and if these were the ones from the video he sent earlier.    HERNANDEZ-GALVAN answered yes to both questions. UC1 took the plastic bag from HERNANDEZ-GALVAN and examined the MCDs.    UC1 then asked if they work fully ("fully" is street vernacular indicating fully automatic, or machinegun).    HERNANDEZ-GALVAN said "yea".



27.    UC1 handed HERNANDEZ-GALVAN $850.00 and told him to count it out. HERNANDEZ-GALVAN counted out the money and said goodbye and started walking away from the UCV.    UC1 called HERNANDEZ-GALVAN back to the vehicle and asked HERNANDEZ-GALVAN if he still moved blues.    HERNANDEZ-GALVAN said "yea", but he doesn't have it, his boy does.    HERNANDEZ-GALVAN asked UC1 how much he needed.    UC1 said a couple boats and inquired about price.    HERNANDEZ-GALVAN said he would let UC1 know.

28.    HERNANDEZ-GALVAN re-entered the Infiniti and exited the parking lot.    UC1 and UC2 left the area and responded back to the staging location.

29.    The MCDs were transported to the ATF Phoenix Field Division and put into evidence.    The devices are still pending determination by FATD.

September 26, 2023: Controlled Purchase #3

30.    On September 12, 2023, HERNANDEZ-GALVAN contacted UC1 via Instagram messenger and asked Affiant "what you be paying for them" (in reference to "blues", or fentanyl pills, which HERNANDEZ-GALVAN told UC1 he could sell him in conversation on the controlled purchase that same day).   UC1 told him 30-35 cents.   HERNANDEZ-GALVAN then offered UC1 2 boats for $700.00.

31.    HERNANDEZ-GALVAN then told UC1 to let him know if he needed more buttons and that he will be getting 5 more of each (each refers to Glock style MCDs and AR auto sears MCDs).

32.    On September 21, 2023, HERNANDEZ-GALVAN messaged UC1 and stated he had 4 buttons on hand.   UC1 told him that he was unavailable to meet until next week and asked HERNANDEZ-GALVAN to hold them.   HERNANDEZ-GALVAN agreed.

33.    On September 25, 2023, UC1 messaged HERNANDEZ-GALVAN and told him that he would be in the shop tomorrow if he wanted to slide thru.   HERNANDEZ-GALVAN said "bet" and asked what time.   UC1 responded the next day and told him around 12 but maybe closer to 1.   HERNANDEZ-GALVAN acknowledged this.

34.    HERNANDEZ-GALVAN told UC1 that he would have to make two stops to the shop.   HERNANDEZ-GALVAN stated he would drop off the buttons around 1:30 p.m. and would pick up the blues from his boy when he gets off work and would bring those around 3:00 to 4:00 p.m.

35.    At approximately 2:47 p.m., HERNANDEZ-GALVAN messaged UC1 that he arrived.   UC1 saw HERNANDEZ-GALVAN parked on the street and instructed HERNANDEZ-GALVAN to pull into the garage.   HERNANDEZ-GALVAN reversed his vehicle approximately halfway into the garage.

36.    UC1 noticed HERNANDEZ-GALVAN was driving the Infiniti. Your affiant has observed the Infiniti parked in front of HERNANDEZ-GALVAN's residence on prior surveillance.    There was also a second unidentified male occupant in the front passenger seat.

37.    UC1 approached the driver's side door and addressed HERNANDEZ-GALVAN. HERNANDEZ-GALVAN then handed UC1 four (4) plastic baggies with gold backing and clear front, each containing an MCD.



38.    UC1 asked HERNANDEZ-GALVAN if these were the same ones as last time. HERNANDEZ-GALVAN said yes and that they work. UC1 handed $1200.00 to HERNANDEZ-GALVAN and told him to count it.    HERNANDEZ-GALVAN said it was good and told UC1 that he would return with the blues when his boy gets off work. UC1 asked what time, and HERNANDEZ-GALVAN said "4".    UC1 told HERNANDEZ-GALVAN to hurry because he wanted to go home.

39.    HERNANDEZ-GALVAN left the area and messaged UC1, "I'll be back in a bit". At 3:50 p.m. UC1 messaged HERNANDEZ-GALVAN "wya" (street vernacular for 'where you at').    HERNANDEZ-GALVAN stated he was waiting for his boy to get out. UC1 messaged HERNANDEZ at 3:31 p.m. he was leaving.

40.     The evidence was subsequently taken to the ATF Phoenix office and entered into evidence.   The MCDs are pending determination by FATD.

### Search Warrant

41.     On October 12, 2023, ATF executed a federal warrant at HERNANDEZ-GALVAN's known address.   During the execution of the warrant, they recovered 1 Glock MCD and three AR-15 style MCDs.

42.     Photographs of the four MCDs were sent to ATF Field Response Branch Chief Leonard Reloza from FATD who provided a preliminary determination that these four items are MCDs.

43.     In addition to the MCDs, agents found marijuana, mushrooms (psilocybin), and scales.

## CONCLUSION

44.     For these reasons, your Affiant submits that there is probable cause to believe Daniel HERNANDEZ-GALVAN committed a Possession and/or Transfer of a Machinegun in violation of Title 18, United States Code (U.S.C.) §§ 922(o) and 924(a)(2).

45.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

JOSEPH GALLO   Digitally signed by JOSEPH GALLO
Date: 2023.10.12 15:08:10 -07'00'

JOE GALLO
Special Agent
The Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed electronically this __12__ day of October, 2023

M Morrissey

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge